UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORI ANDERSON, Mother and Next of Kin of Nicole Deann McComb, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>Chris Amason, Sheriff of Cleveland County, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-25-817-G<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff Lori Anderson filed this federal civil rights action on July 22, 2025. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On December 9, 2025, Judge Erwin issued a Report and Recommendation (Doc. No. 5), in which he recommended this action be dismissed based upon Plaintiff's failure to effect service or to show cause for that failure. In the Report and Recommendation, Judge Erwin advised Plaintiff of her right to object to the Report and Recommendation by December 23, 2025. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 5) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 11th day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge